Lee NEELY, Appellant,

v.

The STATE of Texas, Appellee.

No. 28337.

Court of Criminal Appeals of Texas.

May 23, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

Assault to murder is the offense, with punishment assessed at confinement in the penitentiary for one year.

The record on appeal contains no statement of facts, without which the matters denominated in the motion for new trial as bills of exception not appearing elsewhere in the record may not be considered.

The judgment is affirmed.